OA 91   Criminal Complaint

# United States District Court

NORTHERN                    DISTRICT OF                    CALIFORNIA

E-FILING

UNITED STATES OF AMERICA
V.
JUAN ORDUNA RIOS

CRIMINAL COMPLAINT

Case Number: 08-70550 PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about September 7, 2003 in Santa Clara County, in the Northern District of California defendant(s) did,

(Track Statutory Language of Offense)

did knowingly make a false statement in a Social Security form known as SG-SSA-16 by using another individual's Social Security number and personal information to apply for Social Security disability benefits,

in violation of Title 42 United States Code, Section(s) 408(a)(2).

I further state that I am a(n) SSA-Office of Inspector General Special Agent (Official Title) and that this complaint is based on the following facts:

Please see attached affidavit.

Penalties: 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

No Bail Warrant Requested

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Approved As To Form: _____/s/ Susan Knight_____
                          AUSA

_____/s/ Signature_____
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

August 19, 2008                    at   SAN JOSE, CA
Date                                        City and State

PATRICIA V. TRUMBULL                _____/s/ Patricia V. Trumbull_____
Name & Title of Judicial Officer       Signature of Judicial Officer

### AFFIDAVIT OF SPECIAL AGENT GARY DASILVA IN SUPPORT OF A CRIMINAL COMPLAINT

I, Gary DaSilva, first being duly sworn, depose, and state that:

### Introduction and Affiant's Background

1. I have been employed by the United States Government since September 2001, and am currently a Federal Criminal Investigator/Special Agent (SA) with the Social Security Administration, Office of the Inspector General, Office of Investigations (SSA-OIG-OI) in Fairfield, California. I received my basic training as a Criminal Investigator at the Federal Law Enforcement Training Center in Glynco, Georgia, and have completed all subsequent and refresher training as required by my agency. Prior to joining SSA-OIG, I was a Title Two Claims Representative with the Social Security Administration (SSA) in Sacramento, California respectively for three years. During the course of my career, I have conducted numerous criminal fraud investigations and have had extensive training relating to federal criminal procedures, federal statutes, and Social Security Administration regulations.

2. This affidavit is in support of a criminal complaint and arrest warrant for JUAN ORDUNA RIOS (RIOS) for the theft of $49,351.60 in Social Security funds, in violation of 42 U.S.C. § 408 (a)(2), false statements in an application for benefits under Title II, 42 U.S.C. 408(a)(4), concealment of event affecting initial or continued right to benefits under Title II, and 42 U.S.C. § 408 (a)(7)(A), use of a false Social Security account number to obtain SSA benefits.

3. The statements contained in this Affidavit are based, in part, upon my own personal knowledge, but are also based upon information provided to me by other law enforcement officers and subpoenaed information. Because this Affidavit is for the limited purpose of setting forth probable cause for the requested arrest warrant, I have not necessarily included every fact known to me through this investigation. I have set forth those facts I deem necessary to establish probable cause to believe that the above-mentioned violations have been committed.

1

**Facts Supporting Probable Cause**

4. Through my investigation, I have learned that RIOS, between approximately September 2003 through October 2007, fraudulently received approximately $49,351.60 in Social Security disability benefits.

5. Social Security Disability benefits, sometimes referred to as Title II benefits, is a federally administered program paid to blind and disabled persons who have paid sufficient FICA taxes (quarters of coverage) into the program to become eligible for monthly payments upon a finding that they meet all factors of entitlement. Disability benefits are paid from the Retirement/Survivors Trust Fund, the Disability Trust Fund, and the Medicare Trust Fund.

6. An individual can receive Social Security benefits prior to age 62 if he/she is found to be disabled within the meaning of Social Security law and has insured status, i.e., paid in sufficient FICA taxes or quarters of coverage. An individual meets the definition of disability if he/she is so disabled that he/she cannot perform their previous work and cannot perform any other work in the national economy. This disability or combination of disabilities also must be expected to last for at least 12 continuous months or result in death. The disability can be physical or mental.

7. SSI, sometimes referred to as Title XVI, is a federally administered cash assistance program available to the general public. It is designed to provide a floor of income for the aged, blind or disabled who have little or no income and resources. The program establishes that payment may be received as a right by those U.S. citizens or legally admitted aliens residing in this country who qualify as aged, blind, or disabled and who meet income and resource criteria. No work credits are necessary for entitlement under this program.

8. On October 9, 2007, SSA-OIG received an complaint from the victim identified by the initials "C.G." that a man, later identified as RIOS, had stolen his identity and used it to apply and receive Social Security benefits. A SSA Claims Representative verified that the victim was in fact whom he purported to be, and learned that an individual, later identified as RIOS, filed an application in 2003 for disability benefits using "C.G's" personal information. The Social Security representative further learned that the application was filed in Campbell, California in September 2003, and listed an

2

address in Fresno, California. "C.G." informed the representative that he had never applied for Social Security benefits. The SSA representative then suspended the disability benefits that RIOS' was fraudulently reviewing under the victim's name. The case was then turned over to Social Security Office of Inspector General for investigation.

9.    I have reviewed the Social Security known as the SG-SSA-16 for Disability Insurance that RIOS filed on September 7, 2003 at the Campbell, CA SSA office. In the application, RIOS signed under penalty of perjury that he was in fact "C.G." along other personal identifying information. He also listed an address in San Jose, California. In addition, RIOS completed an HIV Questionnaire in which he claimed that he was entitled to be Social Security disability because he was HIV-positive. After the application was processed, the Social Security Administrative paid RIOS monthly benefits ranging from $959.00 to $1,090.00.

10.    After the SSA representative terminated RIOS's benefits in September 2007, RIOS went to the SSA Office in Anaheim, California to inquire about his September payment. I have reviewed a statement that RIOS provided to the SSA representative in which he claimed that he lived in San Jose, California and was visiting a friend in Anaheim. RIOS also gave an SSA representative a copy of an Arizona driver's license, a County of Fresno Certification of Vital Record bearing the name of victim "C.G.," and bank information.

11.    I have learned that SSA-OIG Special Agent Eric Owen interviewed "C.G.," and showed him an Arizona driver's license referenced above. "C.G." identified the person in the driver's license as JUAN ORDUNA RIOS, who was his roommate when "C.G." lived with his father in Fresno, California. "C.G." reported that he realized that someone had stolen his identity in 1997 when his Social Security card and other documents had disappeared from his home.

12.    Furthermore, through my investigation, I have learned that RIOS applied on November 29, 2001 and December 6, 2004 in Yakima, Washington for United States passports using "C.G.'s" information. Diplomatic Security Service Special Agents interviewed "C.G." in 2005, who again identified RIOS as his ex-roommate in photographs that RIOS submitted with the fraudulent passport applications. In addition, I

3

have learned that Diplomatic Security Service Special Agent Jeff Dubsick compared a criminal booking sheet photograph of RIOS from Santa Clara County, California Sheriff's Office with the photographs submitted with the 2001 and 2004 passport applications, and found the booking photograph to be consistent with the photographs from the 2001 and 2004 passport photographs. The Department of State determined that the applications were fraudulent and did not issue RIOS a passport.

13. Finally, I have learned that on July 23, 2002, RIOS was arrested by investigators from the California Department of Motor Vehicles in San Jose at the same address RIOS provided to SSA representatives when he applied for benefits in the name of "C.G." for possession of fake identification documents. I have compared the booking photograph from the above-referenced arrest with both RIOS California and Arizona drivers licenses in the name of "C.G." and found that they belong to one and same person.

### Conclusion

14. Based on the foregoing, I respectfully submit that there is probable cause to believe that JUAN ORDUNA RIOS used "C.G.'s" identity in order to fraudulently apply for and receive Social Security disability benefits, in violation of 42 U.S.C. § 408 (a)(2), false statements in an application for benefits under Title II, 42 U.S.C. 408(a)(4), concealment of event affecting initial or continued right to benefits under Title II, and 42 U.S.C. § 408 (a)(7)(A), use of a false Social Security account number to obtain SSA benefits.

GARY DASILVA
Special Agent, SSA/OIG/OI

Subscribed and Sworn Before me on August 19, 2008.

PATRICIA V. TRUMBULL
United States Magistrate Judge

4